From: The District Court of the Fifth Judicial District. County of Beaverhead.

STATE OF MONTANA, Plaintiff, vs. THOMAS LEE ALLEY, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of twenty-five years for Robbery imposed on December 19, 1960, was fully heard and after a careful consideration of the entire matter it is decided that:

The hearing on defendant's application be and the same is hereby continued until the next session of the Division to be held December 8, 1969, and at that time the Division requests that there be submitted to it a complete psychiatric and physical evaluation and report concerning the defendant, such psychiatric and physical evaluation and report concerning the defendant, such psychiatric and physical evaluation and report to be obtained with the cooperation of the Prison and the State Hospital (which cooperation the Division directs) between the present time and the hearing of December 8, 1969.

We thank John H. Jardine, Esq., for his assistence to the defendant and to the Court.

DATED this 20th day of October, 1969.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, LeRoy L. McKinnon.

From: The District Court of the Sixth Judicial District. County of Park.

STATE OF MONTANA, Plaintiff, vs. WILLIAM McGIVERN BYRNE, Defendant.

NO. 1885

## DECISION

The application of the above-named defendant for a review of the concurrent sentence of seven and one-half years for First Degree Burglary and Grand Larceny with 11 days jail time credit, imposed on August 8, 1969, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

The presumption being that the sentencing judge was correct in his determination, we are unable to say that these sentences were not sufficiently lenient, particularly when it is considered that the sentences could have been consecutive and the defendant has a record of 2 prior felony convictions, which, if used, could have resulted in imprisonment for life or years without limit. It is to be further noted that his partner, Charles Myers, in the present crime, with a similar record, received the same sentence.

We thank Professor David J. Patterson, Acting Director of the Montana Defender project, for his assistance to the defendant and to the Court.

DATED this 20th day of October, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Emmet Glore.